THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY COGER, Appellant.

Submitted January 2, 1951; decided January 11, 1951.

*Henry Coger,* in person, for motion.

*Charles P. Sullivan, District Attorney,* opposed.

Motion denied on the ground that, since it does not appear that petitioner has obtained leave to appeal from a judge or justice, the attempted appeal which he has taken to this court as of right is not before us.